CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
9/19/18
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

AO 93A (Rev. 11/13) Search and Seizure Warrant on Oral Testimony (Page 2)

**Return**

| Case No.: 5:18mj00051 | Date and time warrant executed: 8/30/2018 6:45pm | Copy of warrant and inventory left with: Robert K. Kern |
|---|---|---|

Inventory made in the presence of:
Theresa C Hudson

Inventory of the property taken and name of person(s) seized:

Two (2) binders labeled Stupar 2014, Stupar 2015 2016.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/31/2018

_Theresa Hudson_
Executing officer's signature

Theresa C Hudson, S.A.
Printed name and title

Received in chambers by reliable electronic means on September 19, 2018.

USMJ